# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTEEN WILLIAMS, | ) | Case No: 4:01CV3003 |
| | ) | |
| Petitioner, | ) | **ORDER DIRECTING CLERK** |
| | ) | **TO RETURN STATE COURT** |
| v. | ) | **RECORDS** |
| | ) | |
| MONA RHYNOLDS, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court records filed as attachments to filing No. 13, and specifically labeled S13A - S13E, be returned to State of Nebraska for appropriate disposition. The state court records may be picked up in Lincoln, Nebraska.

DATED this 12th day of December, 2006.

BY THE COURT

s/ *Richard G. Kopf*

United States District Court Judge